RICHARD H. SLOSBURG, TRUSTEE, APPELLANT, V. BOARD OF
EQUALIZATION OF SARPY COUNTY, NEBRASKA, APPELLEE.
R–D INVESTMENT CO., APPELLANT, V. BOARD OF EQUALIZATION
OF SARPY COUNTY, NEBRASKA, APPELLEE.

529 N.W.2d 70

Filed March 24, 1995.   No. S–93–537.

Jeffrey A. Silver for appellants.

Michael D. Wellman, Sarpy County Attorney, Mark P.
Reynolds, and, on brief, Henry L. Wendt for appellee.

WHITE, C.J., CAPORALE, FAHRNBRUCH, LANPHIER, WRIGHT,
and CONNOLLY, JJ.

WHITE, C.J.

Richard H. Slosburg and R–D Investment Co. (the taxpayers)
appeal from the judgments of the district court which affirmed
the denials of relief by the Board of Equalization of Sarpy
County, Nebraska, from the assessment and taxation of real
property owned by the taxpayers. The cases were consolidated
for trial and appeal.

The facts and arguments asserted in these cases are identical
to the facts and arguments reported by this court in *R–D
Investment Co. v. Board of Equal. of Sarpy Cty.*, ante p. 162,
525 N.W.2d 221 (1995), and shall not be repeated here. We
held in that case that pursuant to the law set forth in *John Day
Co. v. Douglas Cty. Bd. of Equal.*, 243 Neb. 24, 497 N.W.2d
65 (1993), the board lacked subject matter jurisdiction to
consider the equalization of R–D's property because a county
board of equalization cannot consider the valuations of centrally
assessed property in valuing the taxpayers' locally assessed
property in a protest to the board. *R–D Investment Co., supra,*
is dispositive of the issues presented in the cases now before us.

We lack jurisdiction to hear this appeal, since the district court did not have jurisdiction to hear the taxpayers' appeals from the board. See *R-D Investment Co., supra.* See, also, *Glup v. City of Omaha*, 222 Neb. 355, 383 N.W.2d 773 (1986).

The appeal is dismissed, and the causes are remanded to the district court with directions that the matters be dismissed.

APPEAL DISMISSED, AND CAUSES
REMANDED WITH DIRECTIONS.